Charles M. Walker
U.S. Bankruptcy Judge
Dated: 10/17/2019



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:     18-02542-CW3-13

ARGRETTA LORRAINE SIMON     10/17/2019

### AGREED ORDER ALLOWING PLAN TO CONTINUE AND PLACING DEBTOR(S) ON PROBATION

It appears to the Court that the Trustee has filed a Motion To Dismiss the above-styled case due to the failure of the debtor to comply with the requirements of the plan and the court's order confirming that plan. It further appears to the Court that the Trustee and the debtor have agreed to allow the plan to continue. It is therefore

ORDERED, that the Trustee's Motion To Dismiss is denied; it is further

ORDERED, that the debtor shall forward all tax refunds received subsequent to this order to the trustee for application to the plan; it is further

ORDERED, that it is the obligation of the debtor to make all future payments in accordance with the confirmed Chapter 13 plan utilizing the TFS Nationwide system to effect such payments on a preestablished, regularly scheduled basis, no less frequently than monthly, and that should the debtor fail to make any payment as required, or fail to implement electronic payments through the TFS System no later than 14 days from the entry of this order (Debtor's counsel shall assist as necessary), this case will be dismissed upon filing of notice by the Trustee, without further hearing; it is further

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

AGREED TO:

/s/ EDGAR M ROTHSCHILD
ROTHSCHILD AND AUSBROOKS PLLC
ATTY FOR THE DEBTOR
1222 16TH AVE SOUTH SUITE 12
NASHVILLE, TN 37212
PHONE NO. 615-242-3996
marybeth@rothschildbklaw.com
FAX NO. 615-242-2003

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.